| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ESTENESLASIO LUIS FLORES, §
§
    Petitioner, §
§
*versus* § CIVIL ACTION NO. 1:24-CV-390
§
T. CARTER, §
§
    Respondent. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Esteneslasio Luis Flores, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the respondent's motion for summary judgment be granted and the petition denied pursuant to Federal Rule of Civil Procedure 56.  To date, the parties have not filed objections.

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

## ORDER

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#14) is **ADOPTED**.  The motion for summary judgment (#12) is **GRANTED**.  A final judgment shall be entered denying the petition.

    SIGNED at Beaumont, Texas, this 22nd day of April, 2025.

                                                  MARCIA A. CRONE
                                               UNITED STATES DISTRICT JUDGE